No. 80–6692. Busbee v. Texas. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction.

No. 81–404. Court House Plaza Co. v. City of Palo Alto et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–467. Ford Motor Credit Co. et al. v. Zapata. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice O'Connor took no part in the consideration or decision of this case.

No. 81–488. Ford Motor Credit Co. et al. v. Caskey et al. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice O'Connor took no part in the consideration or decision of this case.

No. 81–669. Shepherd Construction Co., Inc., et al. v. Georgia. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.